No. 187. NEW YORK EX REL. ROGALSKI *v.* MARTIN, WARDEN. October 11, 1943. It does not appear from the record that the federal question presented by the petition was necessarily decided by the Court of Appeals. The petition for writ of certiorari to the Court of Appeals of New York is denied. *Lynch* v. *New York ex rel. Pierson,* 293 U. S. 52; *Honeyman* v. *Hanan,* 300 U. S. 14, 18; *Bakery & Pastry Drivers Local 802* v. *Wohl,* 313 U. S. 572. *Stephen Rogalski, pro se. Messrs. Nathaniel L. Goldstein,* Attorney General of New York, *Orrin G. Judd,* Solicitor General, and *Wendell P. Brown,* First Assistant

768

Attorney General, for respondent.